DANIEL J. MURPHY, Appellant, *v.* FRANK B. HALL & COMPANY, INC., Respondent.

(Argued June 10, 1930; decided July 8, 1930.)

*Christian S. Lorentzen, William D. Brinnier, Jr.,* and *Gilbert F. Kennedy* for appellant.

*Herbert Barry* and *Gardner D. Howie* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.